```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23893
    DAVID M MARTIN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8667


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/19/07 and confirmed on 03/06/08.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   2082.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG        .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE        .00            .00            .00
FIFTH THIRD BANK           UNSECURED       NOT FILED           .00            .00
FIFTH THIRD BANK           MORTGAGE ARRE        .00            .00            .00
FIRST MIDWEST BANK         CURRENT MORTG        .00            .00            .00
HSBC BANK                  CURRENT MORTG        .00            .00            .00
ILLINOIS TITLE LOANS       SECURED VEHIC    2300.00          72.83         198.75
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED           .00            .00
ALLIED WASTE SERVICES      UNSECURED       NOT FILED           .00            .00
AMERICAN EXPRESS           UNSECURED       NOT FILED           .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED           .00            .00
ASSOCIATED RADIOLOGIST S   UNSECURED       NOT FILED           .00            .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED           .00            .00
ATI PLAINFIELD             UNSECURED       NOT FILED           .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED           .00            .00
CARMAX AUTO FINANCE        UNSECURED       NOT FILED           .00            .00
CDA PONTIAC                UNSECURED       NOT FILED           .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CENTRAL PROFESSIONAL GRO   UNSECURED       NOT FILED           .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED           .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED       NOT FILED           .00            .00
CITIBANK                   UNSECURED       NOT FILED           .00            .00
```

```
CITIBANK                     UNSECURED       NOT FILED              .00           .00
CITIBANK                     UNSECURED       NOT FILED              .00           .00
CITY OF JOLIET               UNSECURED       NOT FILED              .00           .00
CITY OF JOLIET               UNSECURED       NOT FILED              .00           .00
COMCAST                      UNSECURED       NOT FILED              .00           .00
COMED                        UNSECURED       NOT FILED              .00           .00
DECATUR MEMORIAL HOSPITA     UNSECURED       NOT FILED              .00           .00
DELL FINANCIAL               UNSECURED       NOT FILED              .00           .00
DISCOVER BANK                UNSECURED       NOT FILED              .00           .00
EMCC                         UNSECURED       NOT FILED              .00           .00
FAMILY EYECARE ASSOCIATE     UNSECURED       NOT FILED              .00           .00
FFCC COLUMBUS INC            UNSECURED       NOT FILED              .00           .00
FIFTH THIRD BANK             UNSECURED       NOT FILED              .00           .00
FIFTH THIRD BANK             UNSECURED       NOT FILED              .00           .00
FIRST MIDWEST BANK           UNSECURED       NOT FILED              .00           .00
FISCHER MANGOLD JOLIET       UNSECURED       NOT FILED              .00           .00
HEALTH SERVICE SYSTEMS I     UNSECURED       NOT FILED              .00           .00
HEARTLAND CARDIOLOGIST C     UNSECURED       NOT FILED              .00           .00
JOLIET HOSPITALIST GROUP     UNSECURED       NOT FILED              .00           .00
KCA FINANCIAL SERVICE        UNSECURED       NOT FILED              .00           .00
KOHLS                        UNSECURED       NOT FILED              .00           .00
KOHLS                        UNSECURED       NOT FILED              .00           .00
KROCKEY CERNUGEL COWGILL     UNSECURED       NOT FILED              .00           .00
LOWES                        UNSECURED       NOT FILED              .00           .00
MCYDSNB                      UNSECURED       NOT FILED              .00           .00
MIDWEST CREDIT & COLLECT     UNSECURED       NOT FILED              .00           .00
MRSI                         UNSECURED       NOT FILED              .00           .00
NELNET                       SPECIAL CLASS   NOT FILED              .00           .00
IC SYSTEMS                   UNSECURED       NOT FILED              .00           .00
PERSONAL MEDICAL SUPPLY      UNSECURED       NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC     UNSECURED       NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC     UNSECURED       NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC     UNSECURED       NOT FILED              .00           .00
RUSH COPLEY                  UNSECURED       NOT FILED              .00           .00
RUSH COPLEY                  UNSECURED       NOT FILED              .00           .00
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED              .00           .00
SOUTH RIDGEWOOD SANITARY     UNSECURED       NOT FILED              .00           .00
------------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------------
T MOBILE VOICE STREAM        UNSECURED       NOT FILED              .00           .00
WALGREENS                    UNSECURED       NOT FILED              .00           .00
WASTE MANAGEMENT             UNSECURED       NOT FILED              .00           .00
WERMER ROGERS DORAN & RU     UNSECURED       NOT FILED              .00           .00
WILL COUNTY MEDICAL ASSO     UNSECURED       NOT FILED              .00           .00
YELLOW BOOK USA              UNSECURED       NOT FILED              .00           .00
FIRST MIDWEST BANK           MORTGAGE ARRE         .00              .00           .00
HSBC BANK                    MORTGAGE ARRE         .00              .00           .00
ILLINOIS DEPT REVENUE        PRIORITY        NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED  2300.00         .00          .00          .00       2300.00
PRINCIPAL PAID       198.75         .00          .00          .00        198.75
INTEREST PAID         72.83         .00          .00          .00         72.83
TOTAL PAID           271.58         .00          .00          .00        271.58
The Debtor's attorney, JOHN C DENT                  , was allowed $   3500.00
and was paid $    295.00   direct and $    1689.66  through the plan.
```

The Trustee received $ 120.76 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                           /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE